UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION
FUND and BRIAN GENTRY,

    Plaintiffs,                                  ENTRY OF DEFAULT

           v.                                  07-cv-00510-bbc

OVERHEAD DOOR CO. OF HIBBING,

    Defendant.

---

    Plaintiffs request that the clerk of court enter default against defendant Overhead Door Co. of Hibbing pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record that defendant Overhead Door Co. of Hibbing has failed to appear, plead, or otherwise defend, the default of defendant Overhead Door Co. of Hibbing is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this 15th day of January, 2008.

                                                      /s/
                                              Theresa M. Owens
                                              Clerk of Court