UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

**WISCONSIN CARPENTERS PENSION FUND,**
**and BRIAN GENTRY,**

**Plaintiffs,**

vs.                                                                    Case No. 07-C-510 C

**OVERHEAD DOOR CO. OF HIBBING,**

**Defendant.**

---

ENTRY OF INJUNCTIVE RELIEF
ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** pursuant to Rule 58 of the Federal Rules of Civil Procedure that:

1.   Defendant Overhead Door Co. of Hibbing is to submit within ten (10) days to an audit of the company's books and records by the Plaintiff Fund's designated representative covering the period of October 1, 2001 through April 30, 2005.

2.   Plaintiffs shall submit the results of said audit to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall enter judgment in favor of the Plaintiff Fund to include all contributions, interest and liquidated damages due the Plaintiff Fund as reported by the auditor, along with Plaintiffs' costs and attorney fees.

-2-

Dated at Milwaukee, Wisconsin, this 23rd day of January, 2008.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 22d day of January, 2008.

_Barbara B. Crabb_
U. S. District Court Judge

-3-