# UNITED STATES DISTRICT COURT
## FOR THE
### WESTERN DISTRICT OF WISCONSIN

**WISCONSIN CARPENTERS PENSION FUND,**
**and BRIAN GENTRY,**

                    **Plaintiffs,**

**vs.**                                                   **Case No.  07-C-510**

**OVERHEAD DOOR CO. OF HIBBING,**

                    **Defendant.**

---

## ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Carpenters Pension Fund and Brian Gentry, recover from the Defendant Overhead Door Co. of Hibbing the sum of $2,933.44 with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this _29th_ day of _February_ 2008.

_____
                                 Clerk of Court


_____
                                 Deputy Clerk

Approved as to form this _27th_ day of _February_ , 2008.

_____
U. S. District Court Judge